Hon. Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| NATHEN BARTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET REALTY, LLC, and<br>PIPELINEPLATFORM.COM LLC<br><br>    Defendants. | Case No: 3:21-cv-05462-RJB<br><br>**STRICT REPLY RE DEFENDANTS'**<br>**JOINT MOTION TO DISMISS**<br>**COMPLAINT FOR FAILURE TO STATE**<br>**A CLAIM**<br>**(Fed. R. Civ. P. 12(b)(6))**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 24, 2021** |

**I.    Strict Reply**

Defendants Asset Realty, LLC and PipelinePlatform.com, LLC brought a joint motion [Dkt. No. 11] requesting the Court dismiss Plaintiff's original Complaint in its entirety with prejudice for failure to state a claim on which relief could be granted, pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff then filed a first Amended Complaint [Dkt. No. 13] at the same time as his timely Response [Dkt. No. 14] to the motion to dismiss. In the Response, the Plaintiff argued that his Amended Complaint filed while the motion to dismiss was pending rendered the motion moot. Defendants then brought a Joint Motion to Dismiss First Amended Complaint [Dkt. No. 18], which is currently noted on the Court's motion calendar for October 8, 2021.

REPLY RE JOINT MOTION TO DISMISS
COMPLAINT - 1
Case no. 3:21-CV-05462-RJB

Western Washington Law Group PLLC
P.O. Box 468, Snohomish, WA 98291
(425) 728-7296

1     DATED this 24th day of September, 2021.

2                    WESTERN WASHINGTON LAW GROUP. PLLC

3

4           */s/ Robert J. Cadranell*
          Robert J. Cadranell, WSBA No. 41773
          P.O. Box 468

5           Snohomish, WA 98291
          Tel:   425-728-7296

6           Fax:   425-955-5300
          Email:robert@westwalaw.com

7                  docs@westwalaw.com
          *Counsel for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System, which includes the Plaintiff. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

      Executed on September 24, 2021.

*/s/ Robert J. Cadranell*
ROBERT J. CADRANELL, WSBA #41773