Hon. Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>        Plaintiff,<br><br>  v.<br><br>ASSET REALTY, LLC, and<br>PIPELINEPLATFORM.COM LLC<br><br>        Defendants. | Case No: 3:21-cv-05462-RJB<br><br>**STIPULATION OF DISMISSAL**<br>**(Fed. R. Civ. P. 41 (a)(1)(A)(ii))** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Asset Realty LLC and PipelinePlatform.com LLC, through counsel of record as indicated below, and Nathen Barton, Plaintiff *pro se*, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case and all causes of action asserted or assertable therein, is and shall be dismissed, with prejudice.

| | | |
|---|---|---|
| 1 | DATED 7th day of October, 2021. | DATED _7th_ day of October, 2021. |
| 2 | WESTERN WASHINGTON LAW GROUP. PLLC | |
| 3 | | |
| 4 | */s/ Robert J. Cadranell* _____ Robert J. Cadranell, WSBA No. 41773 | */s/ Nathen Barton* Nathan Barton, *pro se* |
| 5 | P.O. Box 468 Snohomish, WA 98291 | 4618 NW 11th Ct. Camas, WA 98607 |
| 6 | Tel:     425-728-7296 Fax:     425-955-5300 | Tel:     (718) 710-5784 Email: farmersbranch2014@gmail.com |
| 7 | Email:  robert@westwalaw.com             docs@westwalaw.com | |
| 8 | *Counsel for Defendants Asset Realty LLC and PipelinePlatform.com LLC* | |